# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.** 07-cv-02202-ZLW-MJW      FTR

**Date:** December 20, 2007      Debra Nawls/ Shelley Moore, Deputy Clerks

KAREN L. KENT,      Pro se

    Plaintiff(s),

v.

PETE GREEN, et al.,      William G. Pharo

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in Session 8:02 a.m.**
[X]     Scheduling Order entered as amended.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.
<u>DEADLINES</u>:
Joinder of Parties/Amendment to Pleadings: January 18, 2008
Fact Discovery: June 20, 2008
Dispositive Motions Deadline: July 25, 2008
Plaintiff's Disclosure of Experts: March 07, 2008
Defendant's Disclosure of Experts: March 07, 2008
Defendant's Rebuttal of Plaintiff's Experts: April 11, 2008
Plaintiff's Rebuttal of Defendant's Experts: April 11, 2008
Interrogatories: April 18, 2008
Requests for Production of documents: April 18, 2008
Requests for Admissions: April 18, 2008

**SETTLEMENT CONFERENCE** set for **February 14, 2008 at 10:00 a.m.**
Confidential settlement statements are due to Magistrate Judge Watanabe (and not to the trial judge) via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov, by **February 08, 2008**. <u>In the subject line of the e-mail, counsel shall list the case number, short caption, and "confidential settlement statement."</u>
    All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference in courtroom A-502. Valid photo identification is required to enter the courthouse. (See attachment for more information.)

**FINAL PRETRIAL CONFERENCE** set for **September 22, 2008 at 8:30 a.m.**, in courtroom A-502. Valid photo identification is required to enter the courthouse. The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov, by **September 17, 2008**. In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order." (See www.cod.uscourts.gov for more information.) Mr. Pharo shall e-file the proposed final pretrial order.

TRIAL:
Trial Preparation Conference set for:
Trial to  [  ] Court   [X ] Jury   for 3 days is set for

OTHER ORDERS:
Parties shall make initial disclosures by December 26, 2007.
Each side shall be limited to 2 expert  witnesses.
Each party shall be limited to 10 depositions, including experts.

**ORDERED:**   The Plaintiff's Motion for Request for Service to Be Conducted by US Marshall [sic], dated October 19, 2007 [2], is moot and therefore **DENIED.**  Mr. Pharo acknowledges service on behalf of Defendants.

**ORDERED:**   Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**Court in Recess 8:21 a.m.**
Total In-Court Time 0:19, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.

INFORMATION FOR SETTLEMENT CONFERENCES
BEFORE MAGISTRATE JUDGE WATANABE

Counsel and pro se litigants **shall have parties present** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority." **No party shall be permitted to attend the settlement conference by phone unless that party has obtained leave of Court following the filing of an appropriate motion, no later than five (5) business days prior to the settlement conference date.**

In order that productive settlement discussions can be held, the parties shall prepare and submit **two** settlement documents: one to be mailed to the other party or parties, and the other to be mailed only to the Magistrate Judge. The documents which are presented to opposing parties shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, and shall present a demand or offer. These documents should be intended to persuade the clients and counsel or pro se litigant on the other side.

The document to be mailed to the Magistrate Judge shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel or the pro se litigant wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Watanabe_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date. The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail. **Statements containing more than 15 pages** *should also be submitted to chambers on paper* **(hard copy)**, with the envelope addressed to "Magistrate Judge Watanabe Chambers, Personal and Confidential". Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office.