IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02202-ZLW-MJW

KAREN L. KENT,

    Plaintiff,

v.

HONORABLE PETE GEREN , Secretary of the Army,
DEPARTMENT OF THE ARMY, Agency,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to and in accordance with the parties' Stipulated Motion To Dismiss (Doc. # 16) and Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is DISMISSED WITH PREJUDICE according to the parties' signed Settlement Agreement.

DATED at Denver, Colorado this  12th  day of March, 2008.

                        BY THE COURT:

                        *s/ Zita L. Weinshienk*
                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court